UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

COREY BARKER,

              Plaintiff,

v.

NANCY A. BERRYHILL, Officially as
Acting Commissioner of the Social
Security Administration,

              Defendant.

Case No.: 3:18-cv-01624-LAB-KSC

**ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED IN
DISTRICT COURT WITHOUT
PREPAYING FEES OR COSTS**

**[Doc. No. 2]**

      Plaintiff recently filed a Complaint alleging that defendant Social Security Administration erred in denying him Social Security Supplemental Security Income. [Doc. No. 1, at p 1.] Along with his Complaint, plaintiff filed a form and affidavit entitled "Application to Proceed in District Court Without Prepaying Fees or Costs" indicating he is entitled to proceed in the action *in forma pauperis*. [Doc. No. 2.]

      A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. See 28 U.S.C. § 1915(a). The affidavit must "state

the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's Motion indicates his only income is $192 in public assistance. [Doc. No. 2, at p. 2]. The affidavit also indicates that plaintiff is not employed, lives with a family member, and has no savings of any kind. [*Id.*]. Therefore, the Court finds that plaintiff has submitted an affidavit which sufficiently shows that he lacks the financial resources to pay his filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint *in forma pauperis* is GRANTED. [Doc. No. 2.]

**IT IS SO ORDERED**.

Dated: July 24, 2018

Hon. Karen S. Crawford
United States Magistrate Judge